June 5, 1969

Acton et vir, Appellants, *v.* Lesso.

Argued April 14, 1969. *Clyde T. MacVay,* with him *Evans, Ivory & Evans,* for appellants; *William Sloan Webber,* for appellee.

Judgment affirmed.

Azare *v.* Columbia Casualty Company, Appellant.

Argued April 15, 1969. *Warren S. Reding,* with him *Reding, Blackstone, Rea and Sell,* for appellant; *Hymen Schlesinger* and *Isadore Schlesinger,* for appellees.

Judgment affirmed.